UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL BERNARD, DEAN J. SCHEMANSKI, THOM M. GRAY, JALONNE RICE, MANUEL ACEVEDO, AHMED ADAM, MARK S. DELMEDICO, ROGER TADJBAKHSH, ROSA VALERY, IBRAHIM ELSALAMONI, JOHN M. FINK, JODIE HOLMES, DONALD NG, BARBARA SELIG, EKOVI AMENOUNVEE, NADEEM WAQAR AND IPUOLE OGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRATEGIC DELIVERY SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 25-cv-00899-ER |

**MEMO ENDORSED**

The Court is in receipt of Defendant's motion. The Court enters the following briefing schedule: (1) opposition due Monday, April 28, 2025; and (2) reply due Monday May 5, 2025.

It is SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 4/14/2025
New York, New York

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Defendant Strategic Delivery Solutions, LLC ("Defendant") hereby moves to stay the action. The Declaration of David F. Jasinski, Esq. in support of the instant motion is submitted herewith, along with any exhibits.

DATED: April 11, 2025

Respectfully Submitted,

*s/David F. Jasinski*
DAVID F. JASINSKI, ESQ.
JASINSKI, P.C.
2 Hance Avenue, 3rd Fl.
Tinton Falls, NJ 07724
Tel.: (973) 824-9700
Fax: (732) 842-1805

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the Motion to Stay with the Clerk of Court using the (CM/ECF) system which will automatically send email notification of such filing to the attorneys of record, including:

Zachary Levy Rubin
ZLR Litigation, PLLC
680 E Main Street
Suite A #638
06901
Stamford, CT 06901

Harold Lichten
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Ste 2000
Boston, MA 02116

KRYSTEN LEIGH CONNON
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Ste 2000
Boston, MA 02116

Matthew Thomson
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Ste 2000
Boston, MA 02116

*/s David F. Jasinski*
David F. Jasinski, Esq.
Counsel for Defendant