UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIEL BERNARD, THOM M. GRAY, JALONNE RICE, DEAN J. SCHEMANSKI, *individually and on behalf of all others similarly situated*, DONALD NG, NADEEM WAQAR, IBRAHIM ELSALAMONI, MARK S. DELMEDICO, EKOVI AMENOUNVE, BARBARA SELIG, MANUEL ACEVEDO, IPUOLE OGAR, JODIE HOLMES, AHMED ADAM, *and* JOHN M. FINK,

        Plaintiffs,

– *against* –

STRATEGIC DELIVERY SOLUTIONS, LLC,

        Defendant.

**ORDER**

25-cv-00899 (ER)

RAMOS, D.J.:

    Strategic Delivery Solutions, LLC ("SDS") filed a motion to stay the instant case on April 11, 2025. Doc. 130. SDS explained that it had filed a Rule 60 motion with the District of New Jersey, from which the case was transferred, seeking the court to certify the issue of the application of the "first-filed" rule to the Third Circuit Court of Appeals to have the issue of transfer decided on an interlocutory basis by the Third Circuit. Doc. 130-1 at 1. Therefore, SDS requested that the instant case be stayed pending a decision by the District of New Jersey as to the Rule 60 application and potential interlocutory appeal. *Id.*

    On June 17, 2025, Plaintiffs filed a letter informing this Court that on June 10, 2025, the District of New Jersey denied SDS's Rule 60 motion and its request to take an interlocutory appeal. Doc. 137; *see also* Doc. 137-1. Plaintiffs argued: "In light of this

development, Plaintiffs believe that [SDS's] motion to stay this case is now moot, and the Court can proceed to consider Plaintiffs' motion for conditional certification." Doc. 137.

On October 8, 2025, the Court requested that the parties submit a status report no later than October 15, 2025. Doc. 140. On October 14, 2025, SDS requested a one-week extension to file a status report. Doc. 141. This request is denied.

In light of the District of New Jersey's denial of SDS's Rule 60, SDS's motion to stay the case is denied as moot.

The Clerk of the Court is respectfully directed to terminate the motions, Docs. 130, 141.

It is SO ORDERED.

Dated:  October 15, 2025
        New York, New York

_____
Edgardo Ramos, U.S.D.J.