# JASINSKI

A PROFESSIONAL CORPORATION | COUNSELORS-AT-LAW

www.jplawfirm.com

December 31, 2025

**_Via CM/ECF_**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

     **_Re:_**    **_Bernard, et al. v. Strategic Delivery Solutions, LLC_**
             **_25-cv-00899-ER_**

Dear Judge Ramos:

    This Firm represents Defendant Strategic Delivery Solutions, LLC, in connection with the above referenced matter. We write to respectfully request that the Court adjourn the pre-motion conference currently scheduled for January 6, 2026 at 2:30 P.M. Defense counsel has an upcoming trial scheduled in January 2026 and has witness preparation sessions scheduled on January 6, 2026. This is the first request to adjourn the pre-motion conference. Plaintiffs' counsel did not consent to this adjournment request. Defense counsel anticipates the upcoming trial will last several weeks. Accordingly, Defendant respectfully requests the Court to reschedule the pre-motion conference to take place in February.

    The Court's time and attention to this matter are very much appreciated.

The request is granted. The pre-motion conference currently scheduled for January 6, 2026, is adjourned until February 4, 2026 at 11:30 am.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: January 2, 2026
New York, New York

Respectfully submitted,

JASINSKI, P.C.

_/s/ David F. Jasinski_

DAVID F. JASINSKI

2 Hance Avenue, 3rd floor
Tinton Falls, NJ 07724
ph 973-824-9700 | fax 732-842-1805

308 South New York Road, Suite B
Galloway, NJ 08205
ph 609-677-9800 | fax 609-677-9811

670 White Plains Road, Suite 326
Scarsdale, NY 10583

**Please respond to: Tinton Falls**